AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

JENNIFER S.,

*Plaintiff*

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 4:26-CV-05019-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

✔ other: Pursuant to the Order filed at ECF No. 16, Defendant's motion to affirm at ECF No. 14, is GRANTED. Plaintiff's motion to reverse, ECF Nos. 9 & 15, are DENIED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

❐ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ________ without a jury and the above decision was reached.

✔ decided by Judge ALEXANDER C. EKSTROM

Date: 11/16/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*